# United States District Court
## Violation Notice

**CVB Location Code:** CS81

**Violation Number:** 7471277
**Officer Name (Print):** Rodriguez 998
**Officer No.:** 

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 10/12/2017 1055
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 41CFR102-74.430(F)
**Place of Offense:** Federal Courthouse, 880 Front Street San Diego CA
**HAZMAT:** ☐

**Offense Description / Factual Basis for Charge:**
Parking in Locations Reserved for Other Persons

### DEFENDANT INFORMATION
**Last Name:** OBRIEN
**First Name:** John
**M.I.:**

[personal information redacted]

**Tag No:** 5VXW375
**State:** CA
**Year:** 06
**Make/Model:** MER/SCK250
**PASS:** ☐
**Color:** BLK

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. See instructions (on back of yellow copy).
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. See instructions (on back of yellow copy).

$ 100 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ 130 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 221 W Broadway San Diego CA 92101
**Date (mm/dd/yyyy):** TBD
**Time:** TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature:** DRIVER NOT PRESENT

(Rev. 09/2015)  Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on **October 12**, 20**17** while exercising my duties as a law enforcement officer in the **Southern** District of **California**

PLEASE SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **10/12/2017**    Officer's Signature: [signed]
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN OCT 19, 2017 15:04